UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | Bankruptcy Case No. BK-S-07-16645-LBR |
| LISA MARIE CHONG, | Appellate Ref. No.: 09-00010 |
| Debtors. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
| Appellant, | |
| vs. | Case No. 2:09-cv-0661-KJD-LRL |
| LISA MARIE CHONG, | |
| Appellee, | |
| In re: | Bankruptcy Case No. BK-S-07-16226-LBR |
| JOSHUA SCOTT MITCHELL and STEPHANIE JUDITH MITCHELL a/k/a STEPHANIE JUDITH CABRAL. | Appellate Ref. No.: 09-00018 |
| Debtors. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
| Appellant, | |
| vs. | Case No. 2:09-cv-0668-JCM-RJJ |
| JOSHUA SCOTT MITCHELL and STEPHANIE JUDITH MITCHELL a/k/a STEPHANIE JUDITH CABRAL. | |
| Appellees. | |

1

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. BK-S-07-18851-LBR |
| BARRY ALLEN TRAYNOR and LARALEE M. TRAYNOR, | )<br>)<br>) | Appellate Ref. No.: 09-00016 |
| Debtors. | )<br>) | |
| ──────────────────────── | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )<br>)<br>) | |
| Appellant, | )<br>) | |
| vs. | ) | Case No. 2:09-cv-0669-LDG-PAL |
| BARRY ALLEN TRAYNOR and LARALEE M. TRAYNOR, | )<br>)<br>) | |
| Appellees. | )<br>) | |
| ──────────────────────── | ) | |
| In re: | ) | Bankruptcy Case No. BK-S-08-12206-BAM |
| SHEILA MEDINA a/k/a SHEILA GOGGIN | )<br>) | Appellate Ref. No.: 09-00017 |
| Debtors. | )<br>) | |
| ──────────────────────── | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | )<br>)<br>) | |
| Appellant, | )<br>) | |
| vs. | ) | Case No. 2:09-cv-0670-KJD-GWF |
| SHEILA MEDINA a/k/a SHEILA GOGGIN | )<br>) | |
| Appellee. | )<br>) | |
| ──────────────────────── | ) | |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

| | | |
|---|---|---|
| 1 | In re: ) | Bankruptcy Case No. BK-S-08-11608-BAM |
| 2 | ROBERT THOMAS ATKERSON and ) DAWN NICOLE ATKERSON. ) | Appellate Ref. No.: 09-00011 |
| 3 | ) | |
| 4 | Debtors. ) _____ ) | |
| 5 | MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, INC. ) | |
| 6 | ) | |
| 7 | Appellant, ) ) | |
| | vs. ) | Case No. 2:09-cv-0673-RCJ-GWF |
| 8 | ) | |
| 9 | ROBERT THOMAS ATKERSON and ) DAWN NICOLE ATKERSON. ) | |
| 10 | ) Appellee. ) | |
| 11 | _____ ) ) | |
| | In re: ) | Bankruptcy Case No. BK-S-08-10718-MKN |
| 12 | ) | |
| 13 | WILLIAM JAY ZEIGLER and ) DAWN M. ZEIGLER, ) | Appellate Ref. No.: 09-00012 |
| 14 | ) Debtors. ) | |
| 15 | _____ ) ) | |
| 16 | MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, INC. ) | |
| 17 | ) Appellant, ) | |
| 18 | ) vs. ) | Case No. 2:09-cv-0676-RLH-PAL |
| 19 | ) WILLIAM JAY ZEIGLER and ) DAWN M. ZEIGLER, ) | |
| 20 | ) Appellee. ) | |
| 21 | _____ ) | |
| 22 | / / / / | |
| 23 | / / / / | |
| 24 | / / / / | |
| 25 | / / / / | |
| 26 | / / / / | |

| | | |
|---|---|---|
| 1 | In re: ) | Bankruptcy Case No. BK-S-08-10108-LBR |
| 2 | PETER C. ALTMANN, JR., ) | Appellate Ref. No.: 09-00013 |
| 3 | Debtor. ) | |
| 4 | _____) | |
| 5 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ) | |
| 6 | Appellant, ) | |
| 7 | vs. ) | Case No. 2:09-cv-0677-JCM-LRL |
| 8 | PETER C. ALTMANN, JR., ) | |
| 9 | Appellee. ) | |
| 10 | _____) | |
| 11 | In re: ) | Bankruptcy Case No. BK-S-08-17506-MKN |
| 12 | SURJIT SAMRA ) | Appellate Ref. No.: 09-00019 |
| 13 | Debtor. ) | |
| 14 | _____) | |
| 15 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ) | |
| 16 | Appellant, ) | |
| 17 | vs. ) | Case No. 2:09-cv-0683-RLH-RJJ |
| 18 | SURJIT SAMRA ) | |
| 19 | Appellee. ) | |
| 20 | //// | |
| 21 | //// | |
| 22 | //// | |
| 23 | //// | |
| 24 | //// | |
| 25 | //// | |
| 26 | //// | |

|    |    |    |
|----|----|----|
| 1  | In re: ) | Bankruptcy Case No. BK-S-08-11860-LBR |
| 2  | JOSE ANG & DIVINA ANG, ) | Appellate Ref. No.: 09-00021 |
| 3  | Debtor. ) |  |
| 4  | _____ ) |  |
| 5  | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ) |  |
| 6  | Appellant, ) |  |
| 7  | vs. ) | Case No. 2:09-cv-0684-LDG-GWF |
| 8  | JOSE ANG & DIVINA ANG, ) |  |
| 9  | Appellees. ) |  |
| 10 | _____ ) |  |
| 11 | In re: ) | Bankruptcy Case No. BK-S-08-17344-MKN |
| 12 | GUILLERMINA CORTES, ) | Appellate Ref. No.: 09-00022 |
| 13 | Debtor. ) |  |
| 14 | _____ ) |  |
| 15 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ) |  |
| 16 | Appellant, ) |  |
| 17 | vs. ) | Case No. 2:09-cv-0685-KJD-RJJ |
| 18 | GUILLERMINA CORTES, ) |  |
| 19 | Appellee. ) |  |
|    | _____ ) |  |
| 20 | / / / / |  |
| 21 | / / / / |  |
| 22 | / / / / |  |
| 23 | / / / / |  |
| 24 | / / / / |  |
| 25 | / / / / |  |
| 26 | / / / / |  |

|   |   |   |
|---|---|---|
| 1 | In re: ) | Bankruptcy Case No. BK-S-07-16519-MKN |
| 2 | ) ELDRIDGE JOSEPH DUFAUCHARD, ) | Appellate Ref. No.: 09-00007 |
| 3 | ) Debtor. ) | |
| 4 | _____ ) | |
| 5 | ) MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, INC. ) | |
| 6 | ) Appellant, ) | |
| 7 | ) vs. ) | Case No. 2:09-cv-0691-JCM-LRL |
| 8 | ) ELDRIDGE JOSEPH DUFAUCHARD, ) | |
| 9 | ) Appellee. ) | |
| 10 | _____ ) | |
| 11 | ) In re: ) | Bankruptcy Case No. BK-S-08-17344-MKN |
| 12 | ) MICHELE DART, ) | Appellate Ref. No.: 09-0006 |
| 13 | ) Debtor. ) | |
| 14 | _____ ) | |
| 15 | ) MORTGAGE ELECTRONIC ) REGISTRATION SYSTEMS, INC. ) | |
| 16 | ) Appellant, ) | |
| 17 | ) vs. ) | Case No. 2:09-cv-0873-KJD-GWF |
| 18 | ) MICHELE DART, ) | |
| 19 | ) Appellee. ) | |
| 20 | _____ ) | |
| 21 | // | |
| 22 | // | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |

6

```
                                          )
 1  In re:                                )   Bankruptcy Case No. BK-S-07-17577-LBR
                                          )
 2  ADAM J. BREEDEN,                      )    Appellate Ref. No.: 09-0008
                                          )
 3              Debtor.                   )
                                          )
 4  _____ )
                                          )
 5  MORTGAGE ELECTRONIC                   )
    REGISTRATION SYSTEMS, INC.            )
 6                                        )
                Appellant,                )
 7                                        )
          vs.                             )   Case No. 2:09-cv-0874-LDG-LRL
 8                                        )
    ADAM J. BREEDEN,                      )
 9                                        )
                Appellee.                 )
10  _____ )
                                          )
11  In re:                                )   Bankruptcy Case No. BK-S-07-17182-MKN
                                          )
12  JEFFREY PILATICH,                     )    Appellate Ref. No.: 09-00023
                                          )
13              Debtor.                   )
                                          )
14  _____ )
                                          )
15  MORTGAGE ELECTRONIC                   )
    REGISTRATION SYSTEMS, INC.            )
16                                        )
                Appellant,                )
17                                        )
          vs.                             )   Case No. 2:09-cv-0888-KJD-GWF
                                          )
18  JEFFREY PILATICH,                     )
                                          )
19              Appellee.                 )
                                          )
20  _____ )

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /
```

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. BK-S-08-16913-MKN |
| KATHLEEN O'DELL, | ) | Appellate Ref. No.: 09-0020 |
| Debtor. | ) | |
| _____ | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) | |
| Appellant, | ) | |
| vs. | ) | Case No. 2:09-cv-00889-KJD-PAL |
| KATHLEEN O'DELL, | ) | |
| Appellee. | ) | |
| _____ | ) | |
| In re: | ) | Bankruptcy Case No. BK-S-08-10052-MKN |
| ROBERT A. BEALER and CASSANDRA N. BEALER, | ) | Appellate Ref. No.: 09-00015 |
| Debtors. | ) | |
| _____ | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) | |
| Appellant, | ) | |
| vs. | ) | Case No. 2:09-cv-0890-PMP-PAL |
| ROBERT A. BEALER and CASSANDRA N. BEALER, | ) | |
| Appellees. | ) | |
| _____ | ) | |

// 

// 

// 

// 

//

|   |   |   |
|---|---|---|
| In re: | ) | Bankruptcy Case No. BK-S-06-12287-BAM |
| DEAN MAURER, | ) | Appellate Ref. No.: 09-00014 |
| Debtor. | ) |   |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) |   |
| Appellant, | ) |   |
| vs. | ) | Case No. 2:09-cv-0891-JCM-GWF |
| DEAN MAURER, | ) |   |
| Appellee. | ) |   |
| In re: | ) | Bankruptcy Case No. BK-S-07-13593-LBR |
| LONNIE EARL HAWKINS AND LISA WILLETT HAWKINS, | ) | Appellate Ref. No.: 09-0009 |
| Debtors. | ) |   |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) |   |
| Appellant, | ) |   |
| vs. | ) | Case No. 2:09-cv-0892-KJD-GWF |
| LONNIE EARL HAWKINS AND LISA WILLETT HAWKINS, | ) |   |
| Appellees. | ) |   |

**ORDER VACATING *EN BANC* HEARING ON SEPTEMBER 23, 2009**

Judge Kent J. Dawson has entered an Order in 2:09-cv-0661-KJD-LRL granting a Motion for Leave of Center for Responsible Lending and National Association of Consumer Bankruptcy Attorneys to file an *Amici Curiae* Brief, with a Response due twenty (20) days from his Order and five (5) days thereafter to file a Reply. Although the motion was filed in only one case, to maintain the ability, and benefit from the economy of, an *en banc* hearing and consideration,

THE HEARING SET FOR SEPTEMBER 23, 2009 IS HEREBY VACATED and will be reset at a time following the completion of the aforesaid briefing schedule.

DATED this 16th day of September, 2009.

_____
**Roger D. Hunt**
**Chief United States District Judge**